Fanny Koenig
vs.                    Div. No. 21552.
Gustave Koenig

January 13, 1928

TANNER, P. J. This is a petition for divorce upon the ground of extreme cruelty.

The acts of physical cruelty testified to would not be sufficient to warrant the granting of a divorce, but the plaintiff testifies, with corroboration, that the defendant pursued a course of conduct which entirely destroyed the happiness of her married life; that he was disagreeable and discourteous in his treatment of her; that he absented himself from the house without notice and left her many nights alone in the house; that he continuously refused to cohabit with her and by this course of conduct severely affected her health as well as happiness.

"The modern doctrine is that any unwarranted conduct by either spouse which causes the other mental suffering in a sufficient degree constitutes such cruelty as will authorize a divorce."

19 C. J. page 49.

"Where, however, the conduct of a spouse is calculated permanently to destroy the peace of mind and happiness of the other, so as utterly to destroy the objects of matrimony, a divorce may be granted for cruelty."

19 C. J. page 50, Sec. 89 (b).

For these reasons the petition is granted.

For petitioner: Samuel Nathanson.

For respondent: John R. Higgins.

---

Earle T. Young
vs.                    Div. No. 21151.
Catherine E. Young

January 13, 1928

TANNER, P. J. This is a petition for divorce upon the ground of gross misbehavior and adultery and prays for the custody of the petitioner's minor children, Stephen E. Young, Edward A. Young and William H. Young.

We think that the evidence is amply sufficient to sustain the charges made and the petition is granted upon both charges.

The custody of the three children is given to the petitioner as prayed for.

For petitioner: Rosenfeld & Hagan.

For respondent: Thomas F. Vance.

---

Catherine E. Young
vs.                    Div. No. 21255.
Earle T. Young

January 13, 1928

TANNER, P. J. This is a petition for divorce upon the ground of extreme cruelty.

The petition is denied and dismissed and the custody asked for is denied.

For petitioner: Thomas F. Vance.

For respondent: Rosenfeld & Hagan.